JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HAYLEY BARKER, | Case No.: 2:24-cv-10386-BFM |
| Plaintiff, | |
| vs. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC. et. al. Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. **All hearings and deadlines are vacated.**

IT IS SO ORDERED.

DATED: MAY 15, 2025

_____
Hon. Brianna Fuller Mircheff
UNITED STATES MAGISTRATE JUDGE